IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JACK JAY BROWN, | ) | 4:12CV3260 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that Defendant's motion for enlargement of time (filing 17) is granted, and the briefing schedule is modified as follows:

1.    Defendant shall file a brief by June 19, 2013;

2.    Plaintiff may file a reply brief by July 3, 2013; and

3.    This case shall be ripe for decision on July 5, 2013.

May 17, 2013.                                  BY THE COURT:

 

*Richard G. Kopf*
Senior United States District Judge