IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JACK JAY BROWN, | ) | 4:12CV3260 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's second motion for enlargement of time (filing 20) is granted, and the briefing schedule is modified as follows:

1. Defendant shall file a brief by July 19, 2013;

2. Plaintiff may file a reply brief by August 19, 2013; and

3. This case shall be ripe for decision on August 20, 2013.

June 19, 2013.              BY THE COURT:

                            *Richard G. Kopf*
                            Senior United States District Judge